1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRYAN WILLISON, an individual | CASE NO. 5:14-CV-00819-DMG-AJW |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| BURLINGTON COAT FACTORY OF CALIFORNIA, LLC, a California limited liability company; and DOES 1 through 100, inclusive, | |
| Defendant. | |

1  Having considered the parties' Stipulated Protective Order, filed on August 8,
2  2014 (Dkt. No. 19), the Court issues the following order:
3  **1.** It is hereby ORDERED that this Protective Order is entered in this case
4  in accordance with the Stipulation of the parties.



Dated: August 14, 2014  _____
The Honorable Andrew J. Wistrich
United States Magistrate Judge

- 2 -

AM 36126215.1

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER    CASE NO. 5:14-CV-00819-DMG-AJW